FILED
CLERK, U.S. DISTRICT COURT
APR 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Alejandro Borjas<br>Defendant. | 04-CR-27-AHS<br>06-CR-258-AHS<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓) the appearance of defendant as required; and/or

    (B)  (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he does not pose a danger to the community, based on his criminal history and on the present violations.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will appear as directed based on his history of non-compliance and his unknown residential history / bail resources

IT IS ORDERED that defendant be detained.

DATED: April 10, 2012

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE