

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>vs. )<br>Alex Borjas )<br>           Defendant. ) | Case No.: SACR 04-27-DOC<br>SACR 06-258-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence by D; no verif of info - no res for bail___

1
2
3
4        and/~~or~~
5   B.   (✓) The defendant has not met his/~~her~~ burden of establishing by
6        clear and convincing evidence that he/~~she~~ is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9        on: _his own lkg & prior record_
10
11
12
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:    1/30/13
18
19                                    _____
20                                    RALPH ZAREFSKY
                                      UNITED STATES MAGISTRATE JUDGE