O-send

*FILED*
CLERK, U.S. DISTRICT COURT
AUG 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: SACR04-27-DOC
  ) ~~SACR06-258-DOC~~
            Plaintiff,  ) ORDER OF DETENTION
  )
       vs.  ) [Fed. R. Crim. P. 32.1(a)(6);
  ) 18 U.S.C. § 3143(a)]
Alex Borjas )
            Defendant.  )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of Cal. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ~~see probation report~~ absconded from supervision

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  8/6/13

_____
UNITES STATES MAGISTRATE JUDGE